UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:                                                                                    Chapter 11
                                                                                              Case No. 15-23687
HANNAH FISCHER aka HANNAH SCHLISSER,
                                                                                              **AFFIDAVIT UNDER**
                                            Debtor                                       **LOCAL RULE 1007-2**
------------------------------------------------------------------X
STATE OF NEW YORK    )
                                        ) SS.:
COUNTY OF ROCKLAND )

      HANNAH FISCHER, being duly sworn deposes and says:

      1.      I am the Debtor herein, who filed a petition for relief under Chapter 11 of Title 11 of the United States Code in this Court.

      2.      The Chapter 11 petition was filed to keep all of Debtor's assets in tact as your affiant was ordered to deliver the stock certificate of The Challah Fairy, Inc. to the Sheriff of Rockland County pursuant to a judgment against your affiant and others arising from an alleged obligation arising from several promissory notes that I unwittingly guaranteed.

      3.      This is my first case under Chapter 11.

      4.      There has been no Committee of Creditors organized prior to the filing of the Chapter 11 petition herein.

      5.      A list of my twenty largest unsecured creditors is annexed as Exhibit "A".

      6.      There are no secured creditors.

      7.      None of my property is in the possession or custody of a receiver.

      8.      I am engaged in operating the business of the Challah Fairy, Inc. full time.

      9.      All of my property is located in Rockland County, in the State of New York There are no assets located outside the territorial limit of the United States.

10. There are other actions presently pending against me in the State of New York.

11. I intend to rehabilitate my interests as Debtor-in-possession in accordance with the provisions of Chapter 11 of the Bankruptcy Code, and intend to propose a Plan or Plans pursuant to the provisions thereof, which will include all of my liabilities.

12. I believe that I can eventually affect a Plan of Reorganization which will be acceptable to all of my creditors.

13. A liquidation of my assets would not be in the best interest of any of the parties hereto, and would result in no recovery for any creditors.

14. That by reason of the foregoing, I believe that the interests of all parties would best be served by my continuation as Debtor-in-possession and in the management of my assets, including the assets of The Challah Fairy, Inc. which corporation filed a Chapter 11 proceeding simultaneously herewith.

_____
HANNAH FISCHER

Sworn to before me this
23rd day of November, 2015

_____
NOTARY PUBLIC

MICHELLE TREBACH
Notary Public, State of New York
No. 01TR4947296
Qualified in Orange County
Commission Expires February 21, 20\19\

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re **Hannah Fischer**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| American Honda Finance<br>PO Box 168088<br>Irving, TX 75016 | American Honda Finance<br>PO Box 168088<br>Irving, TX 75016 | Deficiency for Repossessed Carr | | 2,653.00 |
| Citibank<br>Citicorp Credt Srvs/Centralized Bankrupt<br>PO Box 790040<br>Saint Louis, MO 63179 | Citibank<br>Citicorp Credt Srvs/Centralized Bankrupt<br>PO Box 790040<br>Saint Louis, MO 63179 | Credit Card | | 3,425.00 |
| Citibank, NA<br>1000 Technology Dr<br>O Fallon, MO 63368 | Citibank, NA<br>1000 Technology Dr<br>O Fallon, MO 63368 | Check Credit Or Line Of Credit | | 608.00 |
| Ernie Fromen<br>c/o Joseph Churgin, Esq.<br>55 Old Turnpike Road<br>Nanuet, NY 10954 | Ernie Fromen<br>c/o Joseph Churgin, Esq.<br>55 Old Turnpike Road<br>Nanuet, NY 10954 | | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Harvey Wolinetz<br>9559 Collins Avenue, #1005<br>Miami Beach, FL 33154 | Harvey Wolinetz<br>9559 Collins Avenue, #1005<br>Miami Beach, FL 33154 | Approximately | Contingent<br>Unliquidated<br>Disputed | 181,000.00 |
| Rockland Eco Dev Cor<br>2 Blue Hill Plaza, 3rd Floor<br>PO Box 1575<br>Pearl River, NY 10965 | Rockland Eco Dev Cor<br>2 Blue Hill Plaza, 3rd Floor<br>PO Box 1575<br>Pearl River, NY 10965 | Loan | | 10,004.00 |
| Rose Fromen<br>74 West Maple Avenue<br>Monsey, NY 10952 | Rose Fromen<br>74 West Maple Avenue<br>Monsey, NY 10952 | Judgment<br><br>Plus or Minus | Contingent<br>Unliquidated<br>Disputed | 700,000.00 |
| Simi Rubenstein<br>285 Morrow Road<br>Englewood, NJ 07631 | Simi Rubenstein<br>285 Morrow Road<br>Englewood, NJ 07631 | Judgment<br><br>Plus or Minus | | 200,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re   **Hannah Fischer** _____   Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Hannah Fischer**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **November 23, 2015** _____   Signature   _/s/ Hannah Fischer_____
                                                              Hannah Fischer
                                                              Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.